IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK J. GAGE,

    Petitioner,

  v.

                                          Case No. 16-cv-849-jdp

WARDEN RICHARDSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Patrick J. Gage's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 4/29/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

    It appearing that there is no just reason for delay, I direct that this final judgment be entered.