UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PATRICK J. GAGE,

                Petitioner,

v.                                          Case No. 16-CV-849-jdp

WARDEN RICHARDSON,

                Respondent.

---

## NOTICE OF APPEAL

---

Please take notice that Patrick Gage, by his attorney, COAD LAW OFFICE, S.C., by Richard A. Coad, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment in favor of Respondent denying his petition for a writ of habeas corpus under 28 U.S.C. § 2254, a civil case, entered on April 29, 2019, by the United States District Court for the Western District of Wisconsin.

Dated at Madison, Wisconsin, May 27, 2019.

                                                    Respectfully submitted,

                                                    *s/ Richard A. Coad*
                                                    Richard A. Coad
                                                    Wisconsin Bar No. 1052036

                                                    COAD LAW OFFICE, S.C.
                                                    10 E. Doty St., Suite 513
                                                    Madison, Wisconsin 53703
                                                    [608] 661-8080